UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Donna Bailey v. Bayer Corporation, et al.* | No. 3:13-cv-10200-DRH |
| *Rosalind Barbieux v. Bayer Corporation, et al.* | No. 3:12-cv-10538-DRH |
| *Elise Brown v. Bayer Corporation, et al.* | No. 3:11-cv-12658-DRH |
| *Kristen Callahan v. Bayer Corporation, et al.* | No. 3:12-cv-10543-DRH |
| *Nicole Curtis v. Bayer Corporation, et al.* | No. 3:10-cv-10326-DRH |
| *Laurie Haefele v. Bayer Corporation, et al.* | No. 3:11-cv-13334-DRH |
| *Christina Juarez v. Bayer Corporation, et al.* | No. 3:10-cv-20039-DRH |
| *Trista Kellos v. Bayer Corporation, et al.* | No. 3:12-cv-10415-DRH |
| *Betsy Anne Pittman v. Bayer Corporation, et al.* | No. 3:11-cv-20175-DRH |
| *Carla Wesner v. Bayer HealthCare LLC, et al.* | No. 3:12-cv-11062-DRH |
| *Gina Zilmer v. Bayer Corporation, et al.* | No. 3:12-cv-10542-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 26, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                      **JUSTINE FLANAGAN,**
                                      **ACTING CLERK OF COURT**

                                      **BY:** /s/*Caitlin Fischer*
                                              **Deputy Clerk**

**Dated:** August 26, 2014

Digitally signed by David R. Herndon
Date: 2014.08.26 14:52:16 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**

2